UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Armani Marsman
    Plaintiff

                        CIVIL ACTION NO.:
      v.                        **1:24-cv-13218-RGS**


Massachusetts Bay Transportation Authority
    Defendant
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **JUDGMENT**
June
17,
2026

Stearns, D.J.

In accordance with the Memorandum and Order entered on June 17, 2026, GRANTING Defendant's Motion for Summary Judgment, Judgment is entered in favor of defendants. This case is hereby DISMISSED.

      SO ORDERED.

                /s/ Richard G. Stearns
                RICHARD G. STEARNS
                United States District Judge